ETAN NEWMAN (SBN 308728)
PANGEA LEGAL SERVICES
391 SUTTER ST., SUITE 500
SAN FRANCISCO, CA 94108
TEL. (415) 652-0907
FAX. (415) 593-5335
etan@pangealegal.org

*Pro Bono* Counsel for Petitioner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FLORICEL LIBORIO RAMOS,<br><br>    Petitioner,<br><br>vs.<br><br>MERRICK B. GARLAND, U.S. Attorney General, et al.,<br><br>    Respondents (Official Capacities). | No. 4:18-cv-00413-JST<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) AND [~~PROPOSED~~] ORDER**<br><br>Detention Status: Non-Detained |

1.      Petitioner Floricel Liborio Ramos ("Ms. Liborio Ramos") and Federal Respondents jointly move to dismiss this petition for habeas corpus without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

2.      The Court granted the habeas petition, in part, on February 15, 2018. Dkt. No. 19. On March 13, 2018, the court granted Petitioner's Motion to Enforce Judgment. Dkt. No. 28.

3.      Federal Respondents appealed to the Ninth Circuit. The Ninth Circuit granted Federal Respondents' unopposed motion to hold the appeal in abeyance pending parallel litigation involving the statutory right to a bond hearing for individuals detained under 8 U.S.C. § 1231(a)(6). Ultimately, after the Supreme Court's intervening decision in *Johnson*

*v. Arteaga-Martinez*, 596 U.S. 573 (2022), Federal Respondents filed an unopposed motion with the Ninth Circuit to vacate the Court's orders and remand.

4. The Ninth Circuit granted the motion on March 1, 2024, vacated this Court's orders dated February 15, 2018 and March 13, 2018, and remanded for further proceedings. The mandate issued on April 23, 2024.

5. Petitioner and Federal Respondents now request that the Court enter an order dismissing this action without prejudice.

6. As a condition of Petitioner's agreement to dismiss this action, Immigration and Customs Enforcement has agreed not to re-arrest or re-detain Ms. Liborio Ramos unless there is a change in circumstances, i.e., a new criminal arrest/conviction and/or final and executable administrative removal order.

7. Further, the parties have agreed that each party will bear its own costs and fees in this litigation, and Petitioner will not seek attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, or any other provision of law.

8. In light of the foregoing, the parties request the Court dismiss this petition without prejudice.

Dated: May 13, 2024                                    Respectfully submitted,


By: */s/ Etan Newman*
**ETAN NEWMAN**
Pangea Legal Services
391 Sutter Street Suite 500
San Francisco, CA 94108
Tel.: 415-652-0907
Email: etan@pangealegal.org

*Counsel for Petitioner*

*Liborio Ramos v. Garland, et al.*, 4:18-cv-00413-JST
Joint Mot. to Dismiss Without Prejudice Pursuant to FRCP 41(a)(2) and [~~Proposed~~] Order

2

**BRIAN M. BOYNTON**
Principal Deputy Assistant Attorney General

**WILLIAM C. PEACHEY**
Director

**JESSICA W. D'ARRIGO**
Senior Litigation Counsel

By: */s/ Nicole P. Grant*
**NICOLE P. GRANT**
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 598-2371
Email: nicole.p.grant@usdoj.gov

*Counsel for Respondents*

### ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatory. Executed on this 13th day of May, 2024, in Minneapolis, Minnesota.

/s/ *Etan Newman*
*Pro Bono* Attorney for Petitioner

*Liborio Ramos v. Garland, et al.*, 4:18-cv-00413-JST
Joint Mot. to Dismiss Without Prejudice Pursuant to FRCP 41(a)(2) and [~~Proposed~~] Order
3

## [~~PROPOSED~~] ORDER

Having considered Petitioner and Federal Respondents' joint motion to dismiss, this action is dismissed without prejudice.

SO ORDERED.

Dated: May 15, 2024

_____
JON S. TIGAR
United States District Judge

*Liborio Ramos v. Garland, et al.*, 4:18-cv-00413-JST
Joint Mot. to Dismiss Without Prejudice Pursuant to FRCP 41(a)(2) and [~~Proposed~~] Order
4